People v Phillips (2025 NY Slip Op 03891)

People v Phillips

2025 NY Slip Op 03891

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND KEANE, JJ.

339 KA 22-00722

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ANDREA PHILLIPS, DEFENDANT-APPELLANT. 

LARKIN INGRASSIA, PLLC, NEWBURGH (DEREK S. ANDREWS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (BRADLEY W. OASTLER OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Onondaga County Court (Thomas J. Miller, J.), rendered December 17, 2021. The judgment convicted defendant upon a jury verdict of criminal possession of a controlled substance in the first degree and criminal possession of a controlled substance in the third degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting her following a jury trial of criminal possession of a controlled substance in the first degree (Penal Law § 220.21 [1]) and criminal possession of a controlled substance in the third degree (§ 220.16 [1]). Defendant was tried jointly with her codefendant son, and all of the issues raised by defendant were raised by the codefendant on his appeal (People v Phillips [Clifton], — AD3d — [June 27, 2025] [4th Dept 2025] [decided herewith]). We affirm for reasons stated in our decision therein.
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court